UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X  ~~O R D~~ E R
MICHELLE SZENEITAS,

        Plaintiff,           CV-04-5049 (ARR)

  -against-

ROBERT L. MAGEE,

        Defendants.
----------------------------------------X

A status conference will be held in the above-captioned case on September 23, 2005, at 11:30 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 340 at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present.

<u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
      August 26, 2005

                                          JOAN M. AZRACK
                                          UNITED STATES MAGISTRATE JUDGE