UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MICHELLE SZENEITAS,

                              Plaintiff,

      - against -

ROBERT L. MAGEE,

                              Defendant.

------------------------------------------------------------X

ORDER OF <u>DISCONTINUANCE</u>

Civil No. 04 5049(ARR)

It having been reported to the Court that the above-captioned actions have been settled,

IT IS HEREBY ORDERED that the action is discontinued, without prejudice to the right to reopen the action within 60 days if the settlement is not consummated.

SO ORDERED:

DATED:    Brooklyn, New York
               September  1, 2005

                                                Allyne R. Ross
                                                 United States District Judge

1

## MAILING LIST

Anthony Xanthakis, Esq.
Galvano & Xanthakis, P.C.
150 Broadway
Suite 2100
New York, NY 10038


Stephen Ringel, Esq.
Moore & Associates
One Whitehall Street
NY, NY 10004-2168


Mag. Judge Azrack